

FILED by __ D.C.
NOV 20 1998

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| RUBEN A. DERLLY, on behalf of himself and all others similarly situated, | CASE NO.: 97-8203-CIV-RYSKAMP |
| Plaintiff, | |
| vs. | |
| MAYOR'S JEWELERS, INC., a Florida corporation, | |
| Defendant. _____/ | |
| JOANN CAVE, VIRGINIA CIPOLLA, THOMAS CUCCI, WARREN MOSTOW, on behalf of themselves and all others similarly situated, | CASE NO.: 97-6427-CIV-RYSKAMP |
| Plaintiffs, | |
| vs. | |
| MAYOR'S JEWELERS, INC., a Florida corporation, | |
| Defendant. _____/ | |

### ORDER OF STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation for Dismissal with Prejudice, as to DUANE H. BOSTICK, DAVID B. JENKINS, JOHN BRADLEY, LLOYD C. BELLAMY, JR., MICHAEL A. TRAVIS, AARON GINDEA, DAVID A. RUSSO, ANDREW GARCIA, BEVERLY A. GANSHAMDASANI, JOYCE D. NACHMAN and SUSAN RAE, filed in the above-styled cause



of action, the above-styled cause of action is hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs. *All pending motions are denied as moot KLR*

DONE and ORDERED, in Chambers, at West Palm Beach, Florida, this 20 day of November, 1998.

_____
HONORABLE KENNETH L. RYSKAMP
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

Christopher J. Whitelock, Esq.
Patrick E. Gonya, Esq.